**IN RE: MOSA BOUTIQUE, LLC, Appellant**

**2017-1129**

United States Court of Appeals, Federal Circuit.

January 12, 2018

MATTHEW FREDERICK, Reed Smith LLP, Philadelphia, PA, argued for appellant.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark

**686**

Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER.

(Lourie, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**